IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KIMBERLY HERAS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | Civ. No. 5:13-cv-498-DAE |
| | § | JURY DEMANDED |
| RAPID TAX, INC., RICHARD SOWELL, AND KIMBERLY J. SOWELL, | § § § | |
| *Defendants*. | § § | |

**PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE
ON DEFENDANT RICHARD SOWELL**

Plaintiff Kimberly Heras files this Motion for Substituted Service on Defendant Richard Sowell pursuant to FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1), and respectfully shows the Court as follows:

**I. BACKGROUND**

**1.** This lawsuit seeks damages against Defendants for violations of the Fair Labor Standards Act ("FLSA"). Plaintiff was employed by Defendant Rapid Tax, Inc. ("Rapid Tax"), which was owned during Plaintiff's employment by Defendants Richard Sowell and Kimberly J. Sowell. Plaintiff alleges that Defendants unlawfully classified its tax preparers and office managers as exempt from the FLSA, and thereby failed to pay tax preparers and office managers time and one-half for all hours worked over forty in a workweek. Further, Plaintiff alleges that Defendants failed to maintain the employment records required by the FLSA. Finally, Defendants terminated Plaintiff in violation of 29 U.S.C. § 215 because she complained about not receiving overtime.

2.    Plaintiff filed this lawsuit in June 2013, and was able to properly serve Defendants Rapid Tax and Kimberly J. Sowell soon thereafter. Said Defendants have appeared and answered in this lawsuit.

3.    Plaintiffs have been unable to serve Defendant Richard Sowell, despite numerous attempts at both his residence and his place of business. *See* Affidavit of William Aultman, attached hereto as Exhibit "1."

4.    The address of Richard Sowell's residence - 2324 Village Path, New Braunfels Texas 78130 - was provided by Defendants' Rule 26(a) Disclosures, a copy of which is attached hereto as Exhibit "2."

## II. ARGUMENT AND AUTHORITIES

5.    Federal Rule of Civil Procedure 4(e) allows service upon an individual "pursuant to the law of the state in which the district court is located." Texas Rule of Civil Procedure 106(a) sets out the methods of service of citation in Texas:

> (a) Unless the citation or an order of the court otherwise directs, the citation shall be served by any person authorized by Rule 103 by
>
> > (1) delivering to the defendant, in person, a true copy of the citation with the date of delivery endorsed thereon with a copy of the petition attached thereto, or
> >
> > (2) mailing to the defendant by registered or certified mail, return receipt requested, a true copy of the citation with a copy of the petition attached thereto.

TEX. R. CIV. P. 106(a)1 and (a)(2).

6.    As set out in the affidavit attached hereto as Exhibit "1," Plaintiff attempted on multiple occasions to serve Defendant Richard Sowell in person both at his "usual place of abode," without success.

7.  While Texas law prefers personal service over substitute service, *Vespa v. National Health Ins. Co.*, 98 S.W.3d 749, 751 (Tex. App.--Fort Worth 2003, no pet.); *accord Mylonas v. Texas Commerce Bank-Westwood*, 678 S.W.2d 519, 522 (Tex. App.--Houston [14th Dist.] 1984, no writ) ("substituted service is not the preferred method"), Texas does allow substituted service after personal service fails. *See State Farm Fire & Cas. Co. v. Costley*, 868 S.W.2d 298, 298-99 (Tex. 1993) (per curiam). Texas Rule of Civil Procedure 106(b) sets out the procedure for substituted service of citation:

> (b) Upon motion supported by affidavit stating the location of the defendant's usual place of business or usual place of abode or other place where the defendant can probably be found and stating specifically the facts showing that service has been attempted under either (a)(1) or (a)(2) at the location named in such affidavit but has not been successful, the court may authorize service
>
>> (1) by leaving a true copy of the citation, with a copy of the petition attached, with anyone over sixteen years of age at the location specified in such affidavit, or
>>
>> (2) in any other manner that the affidavit or other evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

TEX. R. CIV. P. 106(b)1 and (b)(2).

8.  The affidavit attached hereto as Exhibit "1" satisfies the requirements of Rule 106(b), in that the affiant states the service address was Richard Sowell's usual place of abode, and states facts showing that unsuccessful attempts at service were attempted at this address.

9.  Accordingly, Plaintiff respectfully requests the Court enter an order allowing Plaintiff to serve Richard Sowell either by leaving the Summons with a copy of the Complaint and order attached with anyone 16 years of age or older at 2324 Village Path, New Braunfels Texas 78130, by posting a copy on Richard Sowell's front door at 2324 Village Path, New Braunfels

Texas 78130, or by mailing a copy to Richard Sowell via first class mail at 2324 Village Path, New Braunfels Texas 78130.

### III.     PRAYER

For the reasons described herein, Plaintiff respectfully request that the Court enter an order allowing Plaintiff to serve Richard Sowell either by leaving the Summons with a copy of the Complaint and order attached with anyone 16 years of age or older at 2324 Village Path, New Braunfels Texas 78130, by posting a copy on Richard Sowell's front door at 2324 Village Path, New Braunfels Texas 78130, or by mailing a copy to Richard Sowell via first class mail at 2324 Village Path, New Braunfels Texas 78130. Further, Plaintiff respectfully requests all additional relief to which she may be justly entitled.

                          Respectfully submitted,

                          /s/ Chuck Shipman
                          Lawrence Morales II
                          State Bar No. 24051077
                          Chuck Shipman
                          State Bar No. 00794628
                          **THE MORALES FIRM, P.C.**
                          115 E. Travis, Suite 1530
                          San Antonio, Texas 78205
                          Telephone No. (210) 225-0811
                          Facsimile No. (210) 225-0821
                          cshipman@themoralesfirm.com

                          ***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      This is to certify that the attached instrument has been served on the following counsel of record on the 7th day of May, 2014:

Robert D. Kilgore
Fisher & Phillips, LLP
300 Convent Street
Suite 1420
San Antonio, TX 78205

                                      /s/ Chuck Shipman
                                      Chuck Shipman